IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS BRIAN SMITH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-15-776-D |
| | ) |
| CHRISTOPHER STEPHENS, an | ) |
| individual, GRAND TRANSIT | ) |
| COMPANY, LLC, and AMERICAN | ) |
| INTERNATIONAL GROUP, INC., | ) |
| a foreign insurance company, | ) |
| | ) |
|     Defendant. | ) |

**O R D E R**

Upon examination of the Notice of Removal, the Court finds insufficient factual allegations to show the existence of federal subject matter jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332(a), as asserted by Defendants.[1] The Notice of Removal states there is complete diversity of citizenship because Plaintiff is a citizen of the State of Oklahoma and Defendant Grand Transit Company, LLC is a Texas Limited Liability Company, "with its principal place of business in the state of Texas." *See* Notice of Removal [Doc. No. 1], ¶ 4. The state court Petition alleges only that Grand Transit Company, LLC "is a Texas limited liability company." *See* Petition [Doc. No. 1-2]. The Notice of Removal contains no information concerning the citizenship of the members or owners of Grand Transit Company, LLC and, therefore, fails to allege the citizenship of this defendant. *See Siloam Springs Hotel, L.L.C. v. Century Surety Co.*, 781 F.3d 1233, 1238 (10th Cir.

---

[1] Because the Court has an independent obligation to determine whether subject-matter jurisdiction exists, the Court raises the issue *sua sponte*. *1mage Software, Inc. v. Reynolds & Reynolds Co.*, 459 F.3d 1044, 1048 (10th Cir. 2006).

2015 (joining "all other circuits that have considered the matter" and holding that a limited liability company " takes the citizenship of all its members").

IT IS THEREFORE ORDERED that Defendants shall file an amended notice of removal that states a sufficient factual basis for diversity jurisdiction within 14 days from the date of this Order.[2]

IT IS SO ORDERED this 3rd day of August, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[2] Defendants need not re-file the exhibits attached to the Notice of Removal but may incorporate them by reference pursuant to Fed. R. Civ. P. 10(c).